■ In the Matter of JAMES MCALLISTER, Petitioner, v. CHARLES MARKS, a Justice of the Supreme Court, Respondent.— Petition unanimously granted and the order of the Supreme Court, Bronx County, entered on July 3, 1969, vacated, without costs and without disbursements. Concur — Stevens, P. J., Tilzer, McGivern, Markewich and Nunez, JJ.